IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. JACOBSEN,<br><br>  Plaintiff,<br><br> v.<br><br>BANK OF AMERICA CORPORATION,<br><br>  Defendant.<br>_____ / | No. C 10-03551 JSW<br><br>**ORDER TO SHOW CAUSE REGARDING DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR TRANSFER AND CONTINUING HEARING ON MOTION** |

  On August 20, 2010, Defendant Bank of America Corporation filed a Motion to Dismiss, or in the alternative, for Transfer, which is noticed for hearing on October 1, 2010. Pursuant to Northern District Civil Local Rule 7-3(a), Plaintiff's opposition to that motion was due on September 10, 2010. No such opposition has been filed.

  Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not dismiss this case for lack of prosecution *and* why the Court should not grant Defendant's motion to dismiss or transfer. Plaintiff's response to this Order to Show Cause shall be due by no later than October 1, 2010. Defendant's may submit a brief responding to Plaintiff's response to the Order to Show Cause, by no later than October 8, 2010. The Court shall continue the hearing on Defendant's motion to October 29, 2010 at 9:00 a.m.

  Although Plaintiff is proceeding *pro se*, the record in this case demonstrates that he is not a stranger to litigation. Accordingly, it is HEREBY ORDERED that if Plaintiff fails to file a timely response to this Order to Show Cause, the Court *shall* dismiss this case without prejudice for failure to prosecute without further notice to Plaintiff.

Plaintiff is HEREBY ADVISED that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. Plaintiff also may wish to seek assistance from the Legal Help Center. Plaintiffs may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: September 17, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT E. JACOBSEN,

        Plaintiff,

  v.

BANK OF AMERICA CORPORATION et al,

        Defendant.

Case Number: CV10-03551 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Edwin Jacobsen
1054 Vista Bella
Lafayette, CA 94549

Dated: September 17, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk